

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-0243-20

### SANDRA JEAN MELGAR, Appellant

### v.

### THE STATE OF TEXAS

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE FOURTEENTH COURT OF APPEALS HARRIS COUNTY

*Per curiam.* NEWELL and WALKER, JJ., dissented.

### O P I N I O N

We granted Appellant's petition for discretionary review to decide whether the evidence was legally sufficient to support Appellant's murder conviction. Having considered the parties' briefs and the record, however, we conclude that our decision to grant review was improvident. We therefore dismiss Appellant's petition for discretionary review as improvidently granted.

Delivered: June 22, 2022
Do not publish